Samantha Curtis

38 Ridge Street

Hastings-on-Hudson, New York 10706

(914) 519-7029

Southern District of New York Bankruptcy Court

300 Quarropas Street, Rm 147

White Plains, New York 10601

Case #24-22922

## Motion To Reopen Discharged Bankruptcy

On January 17, 2025, my Chapter 7 bankruptcy was discharged. During a Zoom meeting I informed Trustee Magaliff that I was still waiting for information about my son's student loan to see if it was in my name or his. I just received notice that the loan was in my name. I would like to reopen my bankruptcy to include the following:


Acct #5680

Dept of Ed /Aidvantage $8,326

Dept of Ed/Aidvantage $2,726

Official Servicer of Federal Student Aid

P. O. Box 300001

Greenville, Texas 75403-3001


Thank you,

Samantha Curtis