UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 7
SAMANTHA E. CURTIS,                                          :
                                                             :  Case No. 24-22922 (SHL)
                          Debtor.                            :
------------------------------------------------------------ x

# ORDER REOPENING CHAPTER 7 CASE

Based upon the motion of Samantha E. Curtis (the "Debtor") at ECF No. 15, as amended at ECF No. 18 (the "Motion"), seeking an order (the "Order") reopening the above-captioned bankruptcy case to address the dischargeability of various student loans identified in her Motion, and a hearing having been held before this Court on April 15, 2025, and cause existing for the relief requested, as set forth in the record of the hearing, it is hereby

**ORDERED** that the above-captioned bankruptcy case of the Debtor is reopened; and it is further

**ORDERED** that the United States Trustee shall appoint a chapter 7 trustee.


Dated:  White Plains, New York
            April 15, 2025

                                        */s/ Sean H. Lane*
                                        UNITED STATES BANKRUPTCY JUDGE



**COPIES TO**:

<u>By U.S. Mail</u>:

Department of Education/Aidvantage
Official Servicer of Federal Student Aid
P.O. Box 300001
Greenville, Texas 75403-3001

-and-

Sallie Mae
P.O. Box 3319
Wilmington, Delaware 19804

-and-

Mohela Navient
P.O. Box 9555
Wilkes-Barre, Pennsylvania 18773-9555

-and-

United States Attorney's Office for the Southern District of New York
Civil Division
Attn: Lawrence Fogelman
Chief, Tax and Bankruptcy
86 Chambers Street
New York, New York 10007